UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2016 OCT 20 PM 12: 06

JoHnny Gibson ID #349-15-07773
NySID #07225384H

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

16 CV 8249

COMPLAINT
(Prisoner)

-against-

Warden William Bayne's CTAL
Captain Jimenez SHield #366
Captain Summers #1108 CTAL
Captain Nee SHield #12589 CTAL.

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 5/6/16

## I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☑ Other:   *I was Jumped, and Badly Beaten.*

## II.   PLAINTIFF INFORMATION   *Slammed on Iron Stair's.*

Each plaintiff must provide the following information. Attach additional pages if necessary.

_Johnny_   _Gibson_

**First Name**          **Middle Initial**          **Last Name**

_None_

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_349-15-07773 Manhattan House of Detention._

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_Manhattan House of Detention For Men_

**Current Place of Detention**

_125 White Street   (MHD)_

**Institutional Address**

_New York_          _New York   10013_

**County, City**          **State**          **Zip Code**

## III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: _____

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:   _Warden William Baynes_

First Name          Last Name                    Shield #

_Warden of said institution_

Current Job Title (or other identifying information)

_125 White Street (MHD)_

Current Work Address

_New York          New York   10013_

County, City                    State                Zip Code

Defendant 2:   _Captain Jamencz              #336_

First Name          Last Name                    Shield #

_Institutional Captain_

Current Job Title (or other identifying information)

_125 White Street (MHD)_

Current Work Address

_New York          New York   10013_

County, City                    State                Zip Code

Defendant 3:   _Captain Summce's        #1108_

First Name          Last Name                    Shield #

_Institutional Captain_

Current Job Title (or other identifying information)

_125 White Street (MHD)_

Current Work Address

_New York          New York   10013_

County, City                    State                Zip Code

Defendant 4:   _Captain Ncc              #12589_

First Name          Last Name                    Shield #

_Institutional Captain_

Current Job Title (or other identifying information)

_125 White Street (MHD)_

Current Work Address

_New York          New York   10013_

County, City                    State                Zip Code

## V.   STATEMENT OF CLAIM

Place(s) of occurrence: _Manhattan Detention Center_
_Housing Area 5 North_

Date(s) of occurrence: _August 21st 2016_

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On August 21st 2016 on a Sunday Night I Johnny Gibson ID# 349-15-07773 NYSID # 07225384H Missed My Mental Health psychiatrist Medicine's Because I was Asleep At the time when Medication is Normally Afforded. Therefore, I then immediately informed the Floor Officer, who Brought it to the Attention of the Supervisor Captain Nee Shield # 1255. Captain Nee Shield #1255 then escorted Me and another inmate to the Clinic. Captain Nee Stated to me this writer that the Doctor Said I refused My Medication's And that I had to go Back upstairs to My Housing Area 5 North. Deprived of My Medicine's. I then Complied." I Left the Clinic. And was Met by Captain E. Jimenez Shield # 336 and Captain Bailey Shield # 1639. At this point I was then Ordered by Captain Jimenez to put My Hand's Behind My Back, And I Complied." I this writer was then Flex Cuffed And Assaulted By Captain Jimenez And Other Officer's Ctal. Captain Jimenez

Smashed the right side of My Head
Against the wall and slammed me to
the Floor. My Head Broke My Fall,
And I then Landed on My Left Side. I was
then Kicked in Both My Head, Neck, as well as
Back and Shoulder's. At this time I
was then Forced-up, And Dragged to My
Cell. I was then Left in My Cell For
More than An Hour. Afterwards, I was

**INJURIES:** taken to medical. -Continued-

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I Have Damage's to My Head Neck And
Shoulder's. I am Constantly in Excruciating
pain. I've informed all of the Authoritie's
at this Facility (MHD) and Nothing Has prevailed
in regard's to Medical Attention. I've Contact
311, And As of today, I am doing A Greivance
in which I Have Enclosed.

**VI.   RELIEF**

State briefly what money damages or other relief you want the court to order.

I would Like For the Court to Order
Me this Writer to See A Medical Doctor,
in regard's to X-Ray's, MRI's, And
Medicine's As it redate's to this Matter.
As the Court Award's me Money Damage's in
the Amount of 5 Million Dollar's For I am
Claiming Assault in the First Degree Causing
Mental Suffering, And Emotional Distress
"Malice Exception" in regard's to Civil
Liabilitie's As it redate's to Abuse
of Discretion

Page 5

One Hour Later. initially the
First Physical Abuse Occurred At
10:30 pm (in which I was Denied
Medical Attention). "Again" After
Spending One Hour in My Cell
And going through Excruciating pain,
I was then taken to Medical A Second
time. And Again Denied Medical
Attention twice. I was Brought Back
upstair's Once Again And Assualted
this time by Correction Officer
taJada and Correction Officer toLomello
Shield # 4358 A plan Strickly
Executed By Female Captain Summer's.
They Slammed me From the 6th Step
On A Flight of Iron Stair's while I was
yet Still Handcuffed From the First
incident At 10:30 pm. The Second
incident Occurred At 11:00 pm Just
30 minute's prior to the Last.

         Finally In Concluding,
They All the Above - Named individual's
participated in Slamming me to the Floor
From the Stair's On My Head Again,
placing A Knee On My Head with Extreme
Force and pressure And then picked - up.

And taken to the intake Unit, Left in
Flex Cuffs For 40 Minute's to an Hour.

Respectfully Submitted.
Johnny Libson ID#349-15-07773
Plaintiff, Prose.

P.S: Please Be Advised that
All Medical records will Be
Provided at trial.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

August 25th 2016
Dated

Johnny Gibson
Plaintiff's Signature

Johnny Gibson
First Name          Middle Initial          Last Name

125 White Street (MHD)
Prison Address

New York,          New York          10013
County, City          State          Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: August 25th 2016

Attachment B

Form: #7101R. Eff.: 09/10/12. Rel.: Dir. #3376 - page 1



City of New York – Department of Correction

# INMATE GRIEVANCE AND REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: Gibson Johnny | Book & Case #: 3491507773 | NYSID # (optional): 0722538 4H. |
| Facility: MDC | Housing Area: S North | Date of Incident: 8·21·16 | Date Submitted: 8·25·16 |

**Request or Grievance:**

This Grievance is being written in regards to the above date of an incident in which occurred on Sunday nite Approximately 10:30 pm until 11:00pm I Delamee Johnny Gibson Book in Case number 3491507773 Badly and Brutally beaten and is being denied Medical treatment.

**Action Requested by inmate:**

I'm requesting immediate medical Attention At this time. And would like the medical Department At this Facility (MDC) to ad here to my request

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by IGRP staff?  ☑ Yes ☐ No
Do you need the IGRP staff to write the grievance or request for you?  ☑ Yes ☐ No
Have you filed this grievance or request with a court or other agency?  ☑ Yes ☐ No
Did you require the assistance of an interpreter?  ☐ Yes ☐ No

Inmate's Signature: _[signature]_    Date of Signature: August 25th 2016.

IGRP STAFF: STAPLE OR GLUE THIS SIDE OF ORIGINAL FORM. DMINISTRATIVE RECORDS. NOR MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
| | Inmate Grievance and Request Program Staff's Signature: | |

To: Whom it may Concern

RECEIVED
SDNY PRO SE OFFICE
2016 OCT 20 PM 12:06

8/25/16

my living address has change from 3150 Broadway Apt 1B Ny.Ny 10027 my new address is 1175 findlay Ave. Apt 8R Bx.Ny. 10456

Home
Old Address  3150 Broadway · Apt 1B Ny.Ny.10027

Home
New Address - 1175 findlay Ave Apt 8R . Bx.Ny.
Zipcode - 10456

Jail Address · 125 white street Ny.Ny.10013.
(MDC).

Thank you.

John Alorooon.

Gibson Johnny
3491507773-B&c
0722573841-NYSID
125 White Street.(moc)
NY. NY. 10013

Attention "Urgent Mail"



USM P3
SDNY

U.S. District Court
500 pearl street.
New York, New York, 10007-1312



RECEIVED
OCT 19 2016
CLERK'S OFFICE
S.D.N.Y.

RECEIVED
SDNY PRO SE OFFICE
2016 OCT 20   PM 12: 06

